No. 1010, Misc. WEEMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 1019, Misc. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 1027, Misc. GOLDBERG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for Goldberg, and *Gilbert S. Rosenthal* for Teret, petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1033, Misc. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1038, Misc. CRAWFORD *v.* ALABAMA. Ct. App. Ala. Certiorari denied. *W. L. Longshore* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Leslie Hall* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 1051, Misc. MAGUIRE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Mausack* for the United States.